# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| HELLEN HOLLMAN, | : | |
| Petitioner | : | |
| VS. | : | |
| Warden SEABOAT, | : | NO. 5:09-CV-409 (HL) |
| Respondent | : | **O R D E R** |

On November 30, 2009, the Court issued an order instructing petitioner **HELLEN HOLLMAN** to complete 28 U.S.C. § 2254 petition and IFP forms. Petitioner was expressly informed that if she failed to comply with the Court's directive by December 14, 2009, her case would be dismissed. The Court issued another order which similarly instructed petitioner. To date, petitioner has failed to respond to either of this Court's orders.

Based on the foregoing, it is hereby **ORDERED** that petitioner's petition be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 12th day of January, 2010.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr